UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                         Case No. 2:25-cr-193-KCD-NPM

GLENN THOMAS BERGER

## ORDER OF FORFEITURE

The defendant pled guilty to trafficking in counterfeit goods or services, in violation of 18 U.S.C. § 2320. The United States has established that the defendant obtained at least $170,570.45 in proceeds from the trafficking in counterfeit goods or services offense.

The United States moved under 18 U.S.C. § 2323 and Federal Rule of Criminal Procedure 32.2(b)(2), for entry of an order of forfeiture in the amount of $170,570.45, which upon entry shall be a final order of forfeiture as to the defendant. The United States' motion is **GRANTED**. The defendant is liable for an order of forfeiture in the amount of $170,570.45.

The proceeds of the offense were transferred to third parties, and the United States cannot locate the proceeds upon the exercise of due diligence. Accordingly, under 21 U.S.C. § 853(p), the United States may seek, as a substitute asset in satisfaction of this judgment, forfeiture of any of the defendant's property up to the $170,570.45 order of forfeiture. The court retains jurisdiction to enter any order

necessary to the forfeiture and disposition of any substitute asset.

      **DONE AND ORDERED** in Fort Myers, Florida, on October 29, 2025.

      **KYLE C. DUDEK**
      **UNITED STATES DISTRICT JUDGE**

Copies to:
Suzanne C. Nebesky, AUSA
Counsel of Record